IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| ALCAN FOREST PRODUCTS, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-931C |
|  | ) (Senior Judge L. Smith) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

# JOINT STATUS REPORT

Plaintiff, Alcan Forest Products, and defendant, the United States, respectfully submit this joint status report pursuant to the Court's order of May 1, 2019. *See* ECF No. 36.

On July 16, 2019, the parties convened for a mediation in Portland, OR, and reached a tentative agreement resolving the dispute at issue in the present litigation. Although the parties have reached agreement on the proposed terms of a settlement and approval of the settlement agreement has been secured, the parties require additional time to implement the terms of the agreement. Accordingly, the parties respectfully request that they be allowed to file another joint status report 60 days from the date of this filing advising the Court as to the status of the settlement agreement or, if the terms of the settlement agreement have been implemented, a stipulation of dismissal.


Date: October 11, 2019  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

 /s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

 /s/ Sosun Bae
SOSUN BAE
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7568
Fax: (202) 514-8624

Attorneys for Defendant

/s/ Julie A. Weis
JULIE A. WEIS, OSB No. 974320
MICHAEL E. HAGLUND, OSB No. 772030
Haglund Kelley LLP
200 SW Market St., Ste. 1777
Portland, OR 97201
Tel: (503) 225-0777
Fax: (503) 225-1257

Attorneys for Plaintiff