IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| ALCAN FOREST PRODUCTS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-931C (Senior Judge L. Smith) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to dismissal of this action with prejudice. Each party will bear its own costs, attorney fees, and expenses.

Date: November 22, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

 /s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

 /s/ Sosun Bae
SOSUN BAE
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7568
Fax: (202) 514-8624

Attorneys for Defendant

/s/ Julie A. Weis
JULIE A. WEIS, OSB No. 974320
MICHAEL E. HAGLUND, OSB No. 772030
Haglund Kelley LLP
200 SW Market St., Ste. 1777
Portland, OR 97201
Tel: (503) 225-0777
Fax: (503) 225-1257

Attorneys for Plaintiff